IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>HETERO USA, INC., )<br>HETERO LABS LIMITED, )<br>HETERO LABS LIMITED UNIT-V, )<br>AUROBINDO PHARMA USA, INC., )<br>AUROBINDO PHARMA LTD., and SUN )<br>PHARMACEUTICAL INDUSTRIES, LTD., )<br><br>Defendants. ) | C.A. No. 23-1332 (MN)<br>(Consolidated) |
| ABBVIE INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>AUROBINDO PHARMA USA, INC. and )<br>AUROBINDO PHARMA LTD., )<br><br>Defendants. ) | C.A. No. 25-422 (MN) |

**STIPULATION AND ORDER FOR CONSOLIDATION**

WHEREAS, currently pending before the Court is Plaintiff AbbVie Inc.'s consolidated action, captioned as C.A. No. 23-1332 (MN) (consolidated) (the "Consolidated Action), against the following defendants: Hetero USA, Inc., Hetero Labs Limited, Hetero Labs Limited Unit-V, Aurobindo Pharma USA, Inc., Aurobindo Pharma Ltd., and Sun Pharmaceutical Industries, Ltd.;

WHEREAS, Plaintiff filed an action against Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd.)("Aurobindo") for infringement of U.S. Patent No. RE47,221, captioned as C.A. No. 25-422 (MN) ("New Case") on April 4, 2025, that is related to the Consolidated Action;

WHEREAS, Plaintiffs and Aurobindo have agreed to adopt the Scheduling Order (D.I. 57) as well as any subsequent Stipulations (D.I. 114, 208), and the Protective Order (D.I. 85) entered in the Consolidated Action;

WHEREAS, all Defendants in the Consolidated Action consent to this stipulation;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1)      The New Case shall be consolidated with the Consolidated Action for all purposes, including trial, and all papers shall be filed in C.A. No. 23-1332 (MN) (consolidated);

2)      Plaintiffs and Aurobindo agree to adopt the schedule and Protective Order entered in the Consolidated Action.


| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Renée Mosley Delcollo* |
| Jeremy A. Tigan (#5239) | Benjamin J. Schladweiler (#4601) |
| Megan E. Dellinger (#5739) | Renée Mosley Delcollo (#6442) |
| 1201 North Market Street | 222 Delaware Avenue, Suite 1600 |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 661-7000 |
| (302) 658-9200 | schladweilerb@gtlaw.com |
| jtigan@morrisnichols.com | renee.delcollo@gtlaw.com |
| mdellinger@morrisnichols.com | |
| | *Attorneys for Defendants Hetero USA, Inc.,* |
| *Attorneys for Plaintiff AbbVie Inc.* | *Hetero Labs Limited and Hetero Labs Limited Unit-V* |

2

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney

_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Aurobindo Pharma
USA, Inc. and Aurobindo Pharma Ltd.*

May 23, 2025

KRATZ & BARRY, LLP

/s/ R Touhey Myer

_____
R Touhey Myer (#5939)
800 North West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendant Sun Pharmaceutical
Industries Ltd.*

    SO ORDERED this 27th day of May 2025.


_____
The Honorable Maryellen Noreika
United States District Judge